UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| GERRY L. WARNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:05-CV-105 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| FULLER REHABILITATION AND | ) | |
| CONSULTING SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

For the reasons stated in the accompanying Memorandum, the Court hereby **GRANTS** Defendant Fuller Rehabilitation and Consulting Services, Inc.'s motion to amend its motion to transfer venue (Court File No. 17), **DENIES** Defendant Fuller Rehabilitation and Consulting Services, Inc.'s motion to dismiss (Court File No. 5, Exh. 5a), **DENIES** Defendant Fuller Rehabilitation and Consulting Services, Inc.'s motion to transfer venue (Court File No. 13), and **GRANTS** Defendant Fuller Rehabilitation and Consulting Services, Inc.'s motion to dissolve the injunction previously entered by the Hamilton County (Tennessee) Chancery Court (Court File No. 15).

**SO ORDERED.**

**ENTER:**

                                                    **/s/**
                                      **CURTIS L. COLLIER**
                          **UNITED STATES DISTRICT JUDGE**